No. 863. FLETCHER *v.* D. H. GOODMAN, INC.;
No. 864. FLETCHER *v.* KRISE, RECEIVER, ET AL.;
No. 865. FLETCHER *v.* BARRON ET AL.;
No. 866. FLETCHER *v.* NATIONAL BANK OF COMMERCE;
No. 867. FLETCHER *v.* NATIONAL BANK OF COMMERCE ET AL.; and
No. 868. FLETCHER *v.* MAUPIN. May 22, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. Reported below: 138 F. 2d 740, 742.

No. 931. UNITED STATES EX REL. MCCANN *v.* THOMPSON, WARDEN, ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner's applications for other relief are also denied. *Gene McCann, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents.

No. 982. KARLOFTIS ET AL. *v.* HELTON ET AL. See *ante,* p. 713.

No. 892. DENNIS ET AL. *v.* MABEE ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas B. Greenwood* for petitioners.

No. 914. PENNZOIL COMPANY ET AL. *v.* CROWN CENTRAL PETROLEUM CORP. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Edward S. Rogers* and *John S. Powers* for petitioners. *Messrs. Karl F. Steinmann* and